# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

133597

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GHALEB NAJIB HADDAD,
Personal Representative of the
Estate of Shibli Jamil Haddad,
Deceased,
          Plaintiff-Appellant,

v

SC: 133597
COA: 266646
Macomb CC: 2004-001381-NH

DR. WALEED MAMMO, D.D.S.,
          Defendant-Appellee.

_____/

By order of September 24, 2007, the application for leave to appeal the February 27, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the Macomb Circuit Court for entry of an order denying the defendant's motion for summary disposition and for further proceedings not inconsistent with this order and the order in *Mullins*.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk